### ~~PROPOSED~~ ORDER/COVER SHEET

TO:      **Honorable Thomas Hixson**          RE:   **Aubrey Shelton**
         **U.S. Magistrate Judge**

FROM:    **Silvio Lugo, Chief**               Docket No.:   3:23CR00258-JSC
         **U.S. Pretrial Services Officer**

Date:    **August 29, 2023**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Carolyn Truong                                    510-637-3758

**U.S. Pretrial Services Officer**               **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☑   I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑   Modification(s)

A. The defendant is allowed to travel within the State of California.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

August 29, 2023
**JUDICIAL OFFICER**                           **DATE**

Thomas S. Hixson

U.S. Magistrate Judge