FILED
Sep 26 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Thomas S. Hixson  **RE:** Aubrey Jackson Shelton, II
U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief  **Docket No.:** 3:23-cr-00258-JSC-1
U.S. Pretrial Services Officer

**Date:** 9/26/23

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Pepper Friesen                             415-436-7516
U.S. Pretrial Services Officer             **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. Ctrm. E, 15th Floor on October 5, 2023 at 10:00 AM - In Person Hearing.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____           September 26, 2023
**JUDICIAL OFFICER**                         **DATE**
Honorable Thomas S. Hixson
United States Magistrate Judge