| | |
|---|---|
| 1 | ADAM FEE (SB# 345075) |
| | adamfee@paulhastings.com |
| 2 | PAUL HASTINGS LLP |
| | 1999 Avenue of The Stars |
| 3 | Los Angeles, California  90067 |
| | Telephone:  1 (310) 620-5700 |
| 4 | Facsimile:  1 (310) 620-5899 |
| 5 | Attorneys for Defendant |
| | Aubrey Jackson Shelton II |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 23-00258 JSC |
| vs. | **STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE AND [PROPOSED] ORDER** |
| AUBREY JACKSON SHELTON II, | |
| Defendant. | |

Case No. CR 23-00258 JSC

Defendant Aubrey Shelton's bail release conditions currently restrict his travel to within the state of California.  Mr. Shelton would like to travel to the state of Tennessee to attend the funeral of his grandmother who recently passed away.  He therefore requests that the Court modify the conditions of pretrial release so that he may travel to and stay in Tennessee from January 24, 2024 until January 30, 2024.

Mr. Shelton currently plans to leave California on January 24, 2024, or as soon as possible thereafter if this request is not granted before then, and has a return flight scheduled to land in California on January 30, 202.  He will stay with his parents in Tennessee.

The government has no objection to the request.  United States Pretrial Services Officer Timothy Elder has been informed of the request and has no objection to it, provided Mr. Shelton report to Mr. Elder before he departs and the day he returns.

DATED:  January 23, 2024

By:      /s/
NOAH STERN
Assistant United States Attorney

DATED:  January 23, 2024

By:      /s/
ADAM FEE
Attorney for Aubrey Jackson Shelton II

Case No. CR 23-00258 JSC

IT IS SO ORDERED.

The Court hereby modifies the prior Order setting forth Mr. Shelton's condition of release to allow him to travel to and stay in Tennessee until January 30, 2024. Mr. Shelton is to report to United States Pretrial Services Officer Timothy Elder before he departs and the day he returns. All of the other conditions of pretrial release remain in effect.

DATED:

By: _____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE