# EXHIBIT C

**From:** Stern, Noah (USACAN) <█████████████>
**Sent:** Thursday, August 1, 2024 2:09 PM
**To:** Fee, Adam J. <█████████████>
**Cc:** Nicholson, Ben <█████████████>
**Subject:** [EXT] RE: US v. Shelton

| --- External Email --- | Report Suspicious |
|---|---|

Hi Adam:

████████████████████████████████████████████████████████████████████████

████████████████████████████. Mr. Shelton stole large amounts of money from RepairPal, mostly in a manner affirmatively designed to dodge income taxes on the embezzled amounts. Whether or not we proceed on the bank and wire fraud counts, that conduct is centrally relevant to the tax evasion counts, and thus would have to be part of the factual basis of any plea. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

Best,

Noah

**From:** Fee, Adam J. <█████████████>
**Sent:** Thursday, August 1, 2024 1:36 PM
**To:** Stern, Noah (USACAN) <█████████████>
**Cc:** Nicholson, Ben <█████████████>
**Subject:** [EXTERNAL] RE: US v. Shelton

Noah,

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

[redacted]

Thanks,
Adam

**From:** Stern, Noah (USACAN) <[redacted]>
**Sent:** Thursday, July 25, 2024 1:55 PM
**To:** Fee, Adam J. <[redacted]>
**Subject:** [EXT] US v. Shelton

Adam:

[redacted]

[redacted]





Best,

Noah

-----------------------------------------

Noah Stern
Assistant United States Attorney
Northern District of California
Cell:

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.