**~~PROPOSED~~ ORDER/COVER SHEET**

TO:   Honorable Thomas S. Hixson            RE:   Aubrey Shelton
      U.S. Magistrate Judge

FROM: Silvio Lugo, Chief                    Docket No.:   3:23-cr-00258-JSC-1
      U.S. Pretrial Services Officer

Date: 11/1/24

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Vanessa Vargas                                    (415) 961-1493

U.S. Pretrial Services Officer                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. Ctrm. E, 15th floor on November 8, 2024 at 10:30 am before Magistrate Judge Thomas S. Hixson.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s):

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

[signature]                                   November 1, 2024
**JUDICIAL OFFICER**                          **DATE**
Honorable Thomas S. Hixson
United States Magistrate Judge