1 ISMAIL J. RAMSEY (CABN 189820)
  United States Attorney

2

3 MARTHA BOERSCH (CABN 126569)
  Chief, Criminal Division

4 NOAH STERN (CABN 297476)
  NIKHIL BHAGAT (CABN 279892)
5 Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-6758
      FAX: (415) 436-7200
8     Noah.Stern@usdoj.gov
      Nikhil.Bhagat@usdoj.gov
9
  Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,            ) NO. CR 23-00258 JSC
                                        )
15        Plaintiff,                    ) STIPULATION TO UPDATE PRETRIAL
                                        ) SCHEDULE AND [PROPOSED] ORDER
16    v.                                )
                                        )
17 AUBREY JACKSON SHELTON,              )
                                        )
18        Defendant.                    )
                                        )
19

20      The parties through undersigned counsel, hereby stipulate and agree to the following pretrial
21 schedule:

22    • January 16, 2025 – Exhibit/witness lists exchanged by the parties; Rule 404(b)
23      notification deadline; Expert notification deadline
24    • January 27, 2025 – Motions *in limine* due
25    • February 6, 2025 – Oppositions to motions *in limine* due; proposed jury instructions due;
26      copies of exhibits due to be exchanged by parties
27    • February 10, 2025 – Proposed jury questionnaire due
28    • February 13, 2024 – Trial memos, witness lists, exhibit lists, stipulations, objections to

STIPULATION TO UPDATE PRETRIAL SCHEDULE AND [PROPOSED] ORDER
Case No. CR  23-00258 JSC                                                              v. 7/10/2018

exhibits, and pretrial conference statement due

- February 20, 2025 (already set) – Pretrial conference
- March 3, 2025 (already set) – Jury selection and trial

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   January 9, 2025                         /s/
                                              NOAH STERN
                                              Assistant United States Attorney

DATED:   January 9, 2025                         /s/
                                              ADAM FEE
                                              Counsel for Defendant AUBREY JACKSON SHELTON

### [PROPOSED] ORDER

Based upon the stipulation of the parties, the Court HEREBY ORDERS the following pretrial deadlines:

- January 16, 2025 – Exhibit/witness lists exchanged by the parties; Rule 404(b) notification deadline; Expert notification deadline
- January 27, 2025 – Motions *in limine* due
- February 6, 2025 – Oppositions to motions *in limine* due; proposed jury instructions due; copies of exhibits due to be exchanged by parties
- February 10, 2025 – Proposed jury questionnaire due
- February 13, 2025 – Trial memos, witness lists, exhibit lists, stipulations, objections to exhibits, and pretrial conference statement due

IT IS SO ORDERED.

Dated: January 10, 2025

                                              HON. JACQUELINE SCOTT CORLEY
                                              United States District Judge

STIPULATION TO UPDATE PRETRIAL SCHEDULE AND [PROPOSED] ORDER
Case No. CR 23-00258 JSC                                            v. 7/10/2018