UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-00258-JSC-1 |
| v. | |
| AUBREY JACKSON SHELTON, | **FINAL VERDICT FORM** |
| Defendant. | |

**COUNT ONE**

**1.** We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count One of the Indictment: (circle one)

NOT GUILTY          GUILTY          of bank fraud in violation of Title 18 United States Code § 1344(2) (November 15, 2013)

**COUNT TWO**

**2.** We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Two of the Indictment: (circle one)

NOT GUILTY          GUILTY          of bank fraud in violation of Title 18 United States Code § 1344(2) (May 15, 2014)

**COUNT THREE**

**3.** We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Three of the Indictment: (circle one)

NOT GUILTY          GUILTY          of bank fraud in violation of Title 18 United States Code § 1344(2) (December 7, 2017)

**COUNT FOUR**

**4.**     We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Four of the Indictment: (circle one)

NOT GUILTY          GUILTY          of wire fraud in violation of Title 18 United States Code § 1343 (December 28, 2018)

**COUNT FIVE**

**5.**     We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Five of the Indictment: (circle one)

NOT GUILTY          GUILTY          of wire fraud in violation of Title 18 United States Code § 1343 (April 11, 2019)

**COUNT SIX**

**6.**     We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Six of the Indictment: (circle one)

NOT GUILTY          GUILTY          of wire fraud in violation of Title 18 United States Code § 1343 (December 15, 2020)

**COUNT SEVEN**

**7.**     We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Seven of the Indictment: (circle one)

NOT GUILTY          GUILTY          of wire fraud in violation of Title 18 United States Code § 1343 (August 30, 2021)

**COUNT EIGHT**

**8.**     We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Eight of the Indictment: (circle one)

NOT GUILTY          GUILTY          of wire fraud in violation of Title 18 United States Code § 1343 (December 15, 2021)

**COUNT NINE**

**9.**    We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Nine of the Indictment: (circle one)

NOT GUILTY          GUILTY          of tax evasion in violation of Title 18 United States Code § 7201 (tax year 2017)

**COUNT TEN**

**10.**    We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Ten of the Indictment: (circle one)

NOT GUILTY          GUILTY          of tax evasion in violation of Title 18 United States Code § 7201 (tax year 2018)

**COUNT ELEVEN**

**11.**    We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Eleven of the Indictment: (circle one)

NOT GUILTY          GUILTY          of tax evasion in violation of Title 18 United States Code § 7201 (tax year 2019)

**COUNT TWELVE**

**12.**    We, the Jury, find the defendant AUBREY JACKSON SHELTON, as charged in Count Twelve of the Indictment: (circle one)

NOT GUILTY          GUILTY          of tax evasion in violation of Title 18 United States Code § 7201 (tax year 2020)

//
//
//
//
//

Dated: _____

Signed: _____

    Presiding Juror

**IT IS SO ORDERED.**

Dated: March 10, 2025

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States District Judge