

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** March 11, 2025                                                                 **Time:** 6:38

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cr-00258-JSC-1

**Case Name:** United States of America v. Aubrey Jackson Shelton
⊠ **Present**   ☐ **Not Present**   ☐ **In-Custody & Remanded**

**Attorneys for United States of America:** Nikhil Bhaghat/Noah Stern
**Attorneys for Defendant:** Adam Fee/Susan Leader

**Deputy Clerk:** Ada Means                          **Court Reporters:** Debra Pas/Marla Knox/April Brodtt

### PROCEEDINGS

Jury trial (Day 8) held and completed. Further jury deliberation. The jury was unable to reach a
verdict, and the Court declared a mistrial.