```
1   PATRICK D. ROBBINS (CABN 152288)
    Acting United States Attorney
2
    MARTHA BOERSCH (CABN 126569)
3   Chief, Criminal Division

4   NOAH STERN (CABN 297476)
    NIKHIL BHAGAT (CABN 279892)
5   Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Noah.Stern@usdoj.gov
       Nikhil.Bhagat@usdoj.gov
9
    Attorneys for United States of America
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 23-00258 JSC |
|---|---|
| Plaintiff, | ) STIPULATION TO SET BRIEFING SCHEDULE, TRIAL DATE, AND TO EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | |
| AUBREY JACKSON SHELTON, | |
| Defendant. | |

On April 23, 2025, the Court held a status conference in the above captioned case and the parties discussed setting a briefing schedule on the defendant's Rule 29 motion and a trial date while the parties continued to meet and confer regarding a potential resolution of the case. The parties, through undersigned counsel hereby stipulate and agree to the following date:

- May 21, 2025 – Defendant's Rule 29 brief due
- June 5, 2025 – Government's opposition to Defendant's Rule 29 motion due
- June 13, 2025 – Defendant's Rule 29 reply brief due
- September 12, 2025 – Jury Selection
- September 15, 2025 – Trial

STIPULATION TO SET BRIEFING AND TRIAL SCHEDULE AND [PROPOSED] ORDER
Case No. CR 23-00258 JSC                                                             v. 7/10/2018

The parties further stipulate and agree that time should be excluded under the Speedy Trial Act so that parties can continue to prepare for trial, including by reviewing discovery, until September 12, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree that the ends of justice served by excluding time until September 12, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:       April 24, 2025              /s/
                                         NOAH STERN
                                         NIKHIL BHAGAT
                                         Assistant United States Attorneys

DATED:       April 24, 2025              /s/
                                         ADAM FEE
                                         SUSAN LEADER
                                         BEN NICHOLSON
                                         Counsel for Defendant AUBREY JACKSON SHELTON

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, the Court HEREBY ORDERS the following briefing and trial schedule:

- May 21, 2025 – Defendant's Rule 29 brief due
- June 5, 2025 – Government's opposition to Defendant's Rule 29 motion due
- June 13, 2025 – Defendant's Rule 29 reply brief due
- September 12, 2025 – Jury Selection
- September 15, 2025 – Trial

Based upon the facts set forth in the stipulation and for good cause shown, the Court finds that failing to exclude the time until September 12, 2025 would unreasonably deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from

1  September 12, 2025 from computation under the Speedy Trial Act outweigh the best interests of the
2  public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS
3  HEREBY ORDERED that the time until September 12, 2025 shall be excluded from computation
4  under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
5      IT IS SO ORDERED.

7  Dated: April 25, 2025

   HON. JACQUELINE SCOTT CORLEY
8  United States District Judge