PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NOAH STERN (CABN 297476)
NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AUBREY JACKSON SHELTON II, <br><br> Defendant. | NO. CR 23-00258-JSC <br><br> NOTICE OF DISMISSAL OF INDICTMENT |

At the trial in this case held in March 2025, the jury was unable to reach a verdict and the Court declared a mistrial. Dkt. No. 207. The United States has decided that it will not retry the case due to the financial harm a second trial would cause the victim. Therefore, with leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney hereby dismisses the above-captioned Indictment against Defendant Aubrey Jackson Shelton II.

DATED: May 23, 2025

                                        Respectfully submitted,

                                        PATRICK D. ROBBINS
                                        Acting United States Attorney

                                        */s/ Martha Boersch*
                                        MARTHA BOERSCH
                                        Chief, Criminal Division

**[~~PROPOSED~~] ORDER**

Leave is granted to the government to dismiss the Indictment.

Date: May 28, 2025

*Jacqueline Scott Corley*
HON. JACQUELINE SCOTT CORLEY
United States District Judge